# SEVENTH COURT OF APPEALS
## SET FOR SUBMISSION ON ORAL ARGUMENT WEDNESDAY, JANUARY 6, 2016
## AT 9:00 A.M.

(Before, Chief Justice Brian Quinn, Justice James T. Campbell, Justice Patrick A. Pirtle)

| | | |
|---|---|---|
| **07-15-00061-CR** | Donald Wayne Lewis v. The State of Texas | Randall County |
| | LAW OFFICE OF TINA DAVIS RINCONES (Tina Davis Rincones) – Appellant | O/A Requested |
| | Kristy Wright, Assistant District Attorney – State | O/A Requested |
| **07-15-00069-CR** | Terry Len Hayes v. The State of Texas | Randall County |
| | Hillary S. Netardus – Appellant | O/A Requested |
| | Warren L. Clark, Assistant District Attorney – State | O/A Requested |

(Before, Chief Justice Brian Quinn, Justice James T. Campbell, Justice Mackey K. Hancock)

| | | |
|---|---|---|
| **07-15-00063-CV** | Siwell, Inc., d/b/a Capital Mortgage Services v. Jeff W. Watts | Lubbock County |
| | LAW OFFICE OF KEITH C. THOMPSON (Keith C. Thompson) – Appellant | O/A Requested |
| | MULLIN HOARD & BROWN, L.L.P. (Lorna L. McMillion, Lawrence M. Doss) – Appellee | O/A Requested |